**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**UNITED STATES v. JASUN ALLAH ET AL.**
**Jasun Allah: FBI No: JN26V5CPK, SBI: 000701371H, DOB:XX XX XX**

---

## PETITION FOR WRIT OF HABEAS CORPUS

Allah is now confined at Bergen County Correctional Facility (Passaic County Inmate).

**Said individual will be required to appear, before the the Hon. Brian Martinotti in Newark on Monday, November 23, 2026, at 11 a.m. for a plea hearing. A Writ of Habeas Corpus should be issued for that purpose.**

DATED: October 27, 2026

/s/ Jake A. Nasar
JAKE A. NASAR
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: October 27, 2026

HONORABLE BRIAN MARTINOTTI
UNITED STATES MAGISTRATE JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Bergen County Correctional Facility

WE COMMAND YOU that you have the body of

**Jasun Allah**

now confined at the Bergen County Correctional Facility (Passaic County Inmate), be brought before the **the Hon. Brian Martinotti in Newark on November 23, 2026, at 11 a.m.** for a plea hearing in the above captioned matter.

DATED: October 27, 2026

WITNESS the Honorable Brian Martinotti
United States Magistrate Judge
Newark, New Jersey

MELISSA E. RHOADS
Clerk of the U.S. District Court for the
District of New Jersey

Per: ______________________
Lissette Rodriguez, Deputy Clerk